# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

MICHAEL RAOMONE WORMLEY                                      PLAINTIFF

v.                       No. 2:22-cv-235-DPM

ARKANSAS COUNTY DETENTION
CENTER and ARKANSAS
DEPARTMENT OF CORRECTIONS                                    DEFENDANTS

## JUDGMENT

Wormley's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 January 2023